PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYSHIA NICOLE PERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00910-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the prior ALJ decision will be vacated, and the agency will issue a new decision. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

                          Respectfully submitted,

Dated: May 31, 2022                    PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER THOMPSON

                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                          By      */s/  Patrick Snyder*
                                 PATRICK SNYDER
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

Dated: May 31, 2022

                          By      */s/ Marc Kalagian*
                                 (*as authorized via e-mail)
                                 MARC KALAGIAN
                                 Attorney for Plaintiff

# **ORDER**

Based on the parties' stipulation (ECF No. 15), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **June 1, 2022**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE