Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Nyshia Nicole Perry

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NYSHIA NICOLE PERRY, | Case No.: 1:21-cv-00910-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | (ECF NO. 18) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Nyshia Nicole Perry be awarded attorney fees in the amount of ONE THOUSAND FIVE-HUNDRED  dollars ($1,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1     After the Court issues an order for EAJA fees to Nyshia Nicole Perry, the government will consider the matter of Nyshia Nicole Perry's assignment of EAJA fees to Marc V. Kalagian. The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to Nyshia Nicole Perry, but if the Department of the Treasury determines that Nyshia Nicole Perry does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Nyshia Nicole Perry.[1] Any payments made shall be delivered to Marc V. Kalagian.

    This stipulation constitutes a compromise settlement of Nyshia Nicole Perry's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Nyshia Nicole Perry and/or Marc V. Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

| | | |
|---|---|---|
| 1 | DATE: July 5, 2022 | Respectfully submitted, |

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/   Marc V. Kalagian

BY: _____
Marc V. Kalagian
Attorney for plaintiff Nyshia Nicole Perry

DATED: July 5, 2022        PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


/s/ Patrick W. Snyder
_____
PATRICK W. SNYDER
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 18), IT IS ORDERED that Nyshia Nicole Perry be awarded attorney fees in the amount of ONE THOUSAND FIVE-HUNDRED dollars ($1,500.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **July 6, 2022**               /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE